J. Greg Coulter (State Bar No. 016890)
Benjamin G. Selbo (State Bar No. 036141)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Benjamin.Selbo@jacksonlewis.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| John Jenkins,<br><br>                    Plaintiff,<br><br>vs.<br><br>Western Alliance Bank, an Arizona corporation, and Western Alliance Bancorporation, a Delaware corporation and bank holding company,<br><br>                    Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and LRCiv 3.6, Defendants Western Alliance Bank and Western Alliance Bancorporation ("Defendants") remove this Action to the U.S. District Court for the District of Arizona on the following grounds:

1.    Plaintiff John Jenkins ("Plaintiff") filed this civil action in the Arizona Superior Court, Maricopa County, Case No. CV2023-096321 with the above caption.

2.    Pursuant to LRCiv 3.6, the following documents are attached as Exhibits A - I and constitute a complete copy of the file in the Arizona Superior Court, Maricopa County file number CV2023-096321:

a.      State court docket (Exhibit A);

b.      Summons – Western Alliance Bank (Exhibit B);

c.       Summons – Western Alliance Bancorporation (Exhibit C);

d.      Complaint (Exhibit D);

e.      Certificate of Compulsory Arbitration (Exhibit E);

f.      Civil Coversheet (Exhibit F);

g.      Affidavit of Service – Western Alliance Bank (Exhibit G);

h.      Affidavit of Service – Western Alliance Bancorporation (Exhibit H);

3.      Pursuant to LRCiv 3.6(b), undersigned counsel verifies that, to the best of his knowledge and belief, the documents attached as Exhibits A-H to this notice are true and complete copies of all pleadings and other documents filed in the state court proceeding.

4.      Copies of the Summons, Complaint, and Certificate of Compulsory Arbitration and Civil Cover Sheet were served on January 5, 2024.

5.      This Notice is being filed within thirty days of Defendants' receipt of service of the Summons and Complaint.  Thus, this notice is timely filed under 28 U.S.C. § 1446(b).

6.      Contemporaneously with this filing, Defendants are also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in the County of Maricopa. Defendants, on this same date, have provided written notice of this filing to Plaintiff, as required under 28 U.S.C. § 1446 and LRCiv 3.6, attached as Exhibit I.

7.      This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (c) based on federal question jurisdiction. Federal question jurisdiction exists because Plaintiff alleges violations of federal law. Specifically, the

Plaintiff's Complaint alleges employment discrimination.  As such, Defendant interprets Plaintiff's complaint as alleging a violation of Title VII of the Civil Rights Act of 1964. Accordingly, this case is a civil action arising under the laws of the United States, that is subject to removal.

8.      Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1441(a) and 1391(a) because the action was filed in this district, and this is the judicial district in which the alleged events giving rise to the claims occurred.

For the foregoing reasons, Defendants remove this case from the Superior Court of the State of Arizona to the United States District Court, District of Arizona.

Dated: January 22, 2024

JACKSON LEWIS P.C.

*/s/ J. Greg Coulter*
J. Greg Coulter
Benjamin G. Selbo
*Attorneys for Defendant*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 22, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant. I sent a copy of the foregoing via electronic mail and U.S. mail this same date to:

M. Lando Voyles
VOYLES LAW GROUP, PLLC
21411 N. Greenland Park Dr.
Maricopa, AZ 85139
Tel: (602) 888-1942
E-mail lando@voyleslawgroup.com
*Attorney for Plaintiff*

By: */s/ Susan Stimson*

4857-2965-9022, v. 1

4